UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ELECTRICAL EMPLOYEES' PENSION FUND,
MICHIGAN ELECTRICAL EMPLOYEES HEALTH PLAN,
NATIONAL ELECTRICAL BENEFIT FUND,
NATIONAL ELECTRICAL ANNUITY FUND,
I.B.E.W. LOCAL UNION NO. 665 JOINT APPRENTICESHIP
AND TRAINING COMMITTEE - LANSING and
LANSING LABOR-MANAGEMENT
COOPERATION COMMITTEE,

      Plaintiffs,

Case No. 05-CV-0479

v.

Magistrate Judge Hugh W. Brenneman, Jr.

RAMON ELECTRIC, a corporation incorporated
under the laws of the State of Michigan,

      Defendant.

## JUDGMENT

At a session of said Court, held in Grand Rapids, Michigan,
in the Federal Building on October 25, 2006

HON. Hugh W. Brenneman, Jr., U.S. Magistrate Judge

      Based upon plaintiffs' Motion for Amended Judgment, with Brief and Affidavits filed in support thereof; and the pleadings previously filed in this matter; the Court, being fully apprized in the premises, has concluded that plaintiffs are entitled to entry of final judgment against defendant Ramon Electric for the relief prayed for in their Complaint.

      Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant is bound to pay contributions to plaintiffs as alleged in plaintiffs' Complaint.

2. Plaintiffs have and recover Judgment from defendant in the amount of $57,580.25.

3. Post-judgment interest will accrue on the amount set forth in paragraph 2, above, as provided for in 28 USC 1961, from the date of entry of this Judgment, and plaintiffs shall have execution therefor.

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment.

5. This Judgment supercedes and replaces the Judgment entered on May 1, 2006 in this matter.

IT IS SO ORDERED.

```
                                        /s/ Hugh W. Brenneman, Jr.
                                        Hugh W. Brenneman, Jr.
                                        U.S. Magistrate Judge
```